JAMES L. EWELL, Appellant, *v.* JAMES B. SOUTHARD et al., Respondents.

*Ewell* v. *Southard*, 151 App. Div. 891, affirmed.
(Argued April 29, 1914; decided May 15, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department,

entered June 4, 1912, affirming a judgment in favor of defendants entered upon a decision of the court on trial at Special Term in an action to determine a claim to real property.

*Frank C. Mebane* for appellant.

*Frederick E. Fishel* and *William L. Eaton* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: WERNER, HISCOCK, CHASE, CUDDEBACK, MILLER and CARDOZO, JJ. Not voting: WILLARD BARTLETT, Ch. J.